UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. FLANDERS, | ) | CASE NO. 1:17-cv-1333 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER OF SOCIAL SECURITY | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's application for period of disability and disability insurance benefits in the above-captioned case. Plaintiff sought judicial review of the Commissioner's decision, and the case was referred to Magistrate Judge David A. Ruiz, for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). The Magistrate Judge submitted a Report and Recommendation that the Commissioner's final decision be AFFIRMED. Doc. 15.

Fed. R. Civ. P. 72(b) provides that the parties may object to a Report and Recommendation within fourteen (14) days after service. To date, no objections have been filed. In fact, on May 29, 2018, the Plaintiff filed a response to the Report and Recommendation whereby the Plaintiff confirmed that he would not file objections. As such, any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

1

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. The Commissioner's final decision is AFFIRMED, and the underlying matter is DISMISSED in its entirety with prejudice.

IT IS SO ORDERED.

Dated:  May 31, 2018                  */s/ John R. Adams*
                                       UNITED STATES DISTRICT JUDGE